No. 95–1778. McMILLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1783. PRUITT ET AL. v. HOWARD COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1791. MISSOURI PACIFIC RAILROAD CO. v. SHEPHERD. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–1795. LANE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 95–1798. MARTORANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1818. MATTHEWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7946. PULIDO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8052. HILL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–8115. WORTHEY v. COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–8137. NGUYEN HUU TO v. RUBIN, SECRETARY OF THE TREASURY. C. A. 2d Cir. Certiorari denied.

No. 95–8353. BARCHER v. SHIPMAN. Sup. Ct. Del. Certiorari denied.

No. 95–8361. HATCH v. OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 95–8397. ROGERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8413. BATTLE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.